# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Cambra,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Universal Weather and Aviation LLC,<br><br>　　　　Defendant. | No. CV-20-02234-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 21), filed on October 18, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 21) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 18th day of October, 2021.

　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　United States District Judge